# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Vienna Beef, Ltd.

                                              Plaintiff,

v.                                                          Case No.: 1:11−cv−03825

                                                            Honorable Sharon Johnson
                                                            Coleman

Red Hot Chicago, Inc. f/k/a Ladany's Food
Enterprises, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 6, 2011:

        MINUTE entry before Honorable Sharon Johnson Coleman:Plaintiff's Motion [8]
for leave to file a brief in excess of 15 pages is denied. Plaintiff is directed to adhere to the
limitation of LR 7.1.Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.