UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Vienna Beef, Ltd.
                      Plaintiff,

v.                                             Case No.: 1:11−cv−03825
                                                       Honorable Sharon Johnson Coleman

Red Hot Chicago, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 19, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held on 10/19/2011 regarding Defendant's motions [42] and [44] to dismiss. Plaintiff to respond by 11/18/2011. Defendant to reply by 12/1/2011. Defendant's motion for sanctions is fully briefed, the Court finding that reply brief is unnecessary. The Court to rule on Defendant's Motion for Sanctions [40] before next status. The Court will advise is oral argument is necessary. Parties to address Rule 26(f) matters among themselves. Status hearing set for 11/4/2011 is stricken and reset to 1/20/2012 at 9:00 a.m. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.