# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Vienna Beef, Ltd.

                         Plaintiff,

v.                                  Case No.: 1:11–cv–03825

                                  Honorable Sharon Johnson Coleman

Red Hot Chicago, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:Agreed Motion for extension of time to amend remaining briefing schedule on defendants' pending motion to dismiss [50] is granted. Plaintiff to reply by December 22, 2011. No court appearance is necessary on 12/6/2011. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.